JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SANCHEZ AND RENEE SANCHEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, N.A. AND QUALITY LOAN SERVICE CORPORATION, A CALIFORNIA CORPORATION, AND DOES 1 TO 100, INCLUSIVE,<br><br>　　　　Defendants. | Case No. EDCV 12-01682 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to Plaintiffs' Notice of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a) (Doc. No. 15), IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: November 29, 2012　　　　　　／s／ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　United States District Judge